UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY LEE RICHARDSON, JR., | ) | No. CV 07-5430-GAF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| J. WALKER, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 23, 2009

                                        HONORABLE GARY A. FEESS
                                        UNITED STATES DISTRICT JUDGE